Eugene P. Ramirez (State Bar No. 134865)
*epr@manningllp.com*
Andrea K. Kornblau (State Bar No. 291613)
*akk@manningllp.com*
Lynn L. Carpenter (State Bar No. 310011)
*llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF GARDENA, GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER MICHAEL MEDEIROS, OFFICER BRIAN PARK

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERSELL V. REID,

Plaintiff,

v.

CITY OF GARDENA; GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER MICHAEL MEDEIROS, OFFICER BRIAN PARK, and DOES 4 to 10,

Defendants.

Case No. 2:16-cv-00803-ODW-MRW
[*Hon. Otis D. Wright, II, Dist. Judge; Hon. Michael R. Wilner, Mag. Judge*]

**STIPULATION TO DEEM ANSWER TO FIRST AMENDED COMPLAINT FILED BY GARDENA POLICE DEPARTMENT SERGEANT DAMASO BAUTISTA, III, AND OFFICERS MICHAEL MEDEIROS AND BRIAN PARK**

[*Proposed Order filed concurrently herewith*]

Complaint Filed: 02/04/2016
Trial Date: 07/18/2017

**TO THE HONORABLE COURT:**

By and through their counsel of record in this action, plaintiff ERSELL V. REID ("Plaintiff") and defendants CITY OF GARDENA, GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER MICHAEL MEDEIROS, OFFICER BRIAN

PARK (collectively "Defendants") – jointly, the Parties – hereby stipulate that the honorable Court **issue an order that Defendants, Sergeant Damaso Bautista, III; Officer Michael Medeiros; and Officer Brian Park be deemed to have answered Plaintiff's First Amended Complaint [Dkt. No. 24] concurrently and within the same Answer to Plaintiff's First Amended Complaint filed on August 17, 2016, [Dkt. No. 25] filed by Defendants City of Gardena, Gardena Police Department, and Chief of Police Edward Medrano.**

**GOOD CAUSE STATEMENT.**

1. In this Action, on July 20, 2016, the Parties stipulated to Plaintiff filing a First Amended Complaint to add three newly named Defendants: Gardena Police Department Sergeant Damaso Bautista, III, and Officers Michael Medeiros and Brian Park. [Dkt. No. 20]. On August 11, 2016, Plaintiff's First Amended Complaint was filed. [Dkt. No. 24].

2. On August 17, 2016, due to counsel for defendants' administrative oversight, an Answer to Plaintiff's First Amended Complaint was filed on behalf of Defendants City of Gardena, Gardena Police Department, and Chief of Police Edward Medrano [Dkt. No. 25]; however, the answer inadvertently did not include the three newly added defendants Gardena Police Department Sergeant Damaso Bautista, III, and Officers Michael Medeiros and Brian Park as counsel had intended.

3. Counsel for defendants recently reviewed its files and recognized that Plaintiff's First Amended Complaint was not answered on behalf of Gardena Police Department Sergeant Damaso Bautista, III, and Officers Michael Medeiros and Brian Park as intended. On April 5, 2017, counsel for Defendants informed counsel for Plaintiff of their inadvertent mistake.

The Parties met and conferred regarding the inadvertent mistake of Defense counsel. Counsel agreed that because the Parties have conducted this litigation as if an



MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

answer had been made on behalf of Gardena Police Department Sergeant Damaso Bautista, III, and Officers Michael Medeiros and Brian Park, that no prejudice would come to any party and justice could be served by deeming Gardena Police Department Sergeant Damaso Bautista, III, and Officers Michael Medeiros and Brian Park included as having answered Plaintiff's First Amended Complaint as intended.

**STIPULATION TO DEEM ANSWER FILED ON BEHALF OF GARDENA POLICE DEPARTMENT SERGEANT DAMASO BAUTISTA, III, AND OFFICERS MICHAEL MEDEIROS AND BRIAN PARK**

4. Accordingly, the parties **hereby Stipulate** that Gardena Police Department Sergeant Damaso Bautista, III, and Officers Michael Medeiros and Brian Park are included in defendants' **Answer to Plaintiff's First Amended Complaint [Dkt. No. 25]** as having timely answered.

DATED: April 7, 2017

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: /s/ Andrea K. Kornblau
Eugene P. Ramirez, Esq.
Lynn L. Carpenter, Esq.
Andrea K. Kornblau, Esq.
Attorneys for Defendants,
CITY OF GARDENA, GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER MICHAEL MEDEIROS, OFFICER BRIAN PARK

DATED: April 7, 2017

**LAW OFFICES OF JOHN BURTON**

By: /s/ John Burton
John Burton, Esq.
Attorneys for Plaintiff,
ERSELL V. REID

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW