Eugene P. Ramirez (State Bar No. 134865)
*epr@manningllp.com*
Andrea K. Kornblau (State Bar No. 291613)
*akk@manningllp.com*
Lynn L. Carpenter (State Bar No. 310011)
*llc@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
CITY OF GARDENA, GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER MICHAEL MEDEIROS, OFFICER BRIAN PARK

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP ATTORNEYS AT LAW

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ERSELL V. REID,

Plaintiff,

v.

CITY OF GARDENA; GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER MICHAEL MEDEIROS, OFFICER BRIAN PARK, and DOES 4 to 10,

Defendant.

Case No. 2:16-CV-00803-ODW-MRW
[*Hon. Otis D. Wright, II, Dist. Judge; Hon. Michael R. Wilner, Mag. Judge*]

**DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND VIOLATION OF CIVIL RIGHTS; DEMAND FOR JURY TRIAL**

Complaint Filed: February 4, 2016
Trial Date: July 18, 2017

Defendants SERGEANT DAMASO BAUTISTA, III; OFFICER MICHAEL MEDEIROS; and OFFICER BRIAN PARK (collectively "defendants") hereby Answer the First Amended Complaint filed by plaintiff ERSELL V. REID ("plaintiff") on file herein and defendants hereby admit, deny, and allege as follows:

/ / /

## ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

1. Answering paragraph 1 of plaintiff's First Amended Complaint (under the heading "Jurisdiction and Venue"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

2. Answering paragraph 2 of plaintiff's First Amended Complaint (under the heading "Jurisdiction and Venue"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

3. Answering paragraph 3 of plaintiff's First Amended Complaint (under the heading "Parties"), at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

4. Answering paragraph 4 of plaintiff's First Amended Complaint (under the heading "Parties"), defendants admit that the City of Gardena is a duly organized public entity, existing under the state laws of California. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny

Manning & Kass Ellrod, Ramirez, Trester LLP Attorneys at Law

each and every of the remaining allegations contained therein.

5. Answering paragraph 5 of plaintiff's First Amended Complaint, (under the heading "Parties"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

6. Answering paragraph 6 of plaintiff's First Amended Complaint, (under the heading "Parties"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

7. Answering paragraph 7 of plaintiff's First Amended Complaint, (under the heading "Exhaustion of Administrative Remedies"), at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

8. Answering paragraph 8 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

9. Answering paragraph 9 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

10. Answering paragraph 10 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

11. Answering paragraph 11 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

12. Answering paragraph 12 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace

Manning & Kass Ellrod, Ramirez, Trester LLP Attorneys at Law

officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

13. Answering paragraph 13 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

14. Answering paragraph 14 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

15. Answering paragraph 15 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

16. Answering paragraph 16 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

17. Answering paragraph 17 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

18. Answering paragraph 18 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

19. Answering paragraph 19 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace

Manning & Kass Ellrod, Ramirez, Trester LLP Attorneys at Law

officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

20. Answering paragraph 20 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

21. Answering paragraph 21 of plaintiff's First Amended Complaint, (under the heading "Facts"), defendants deny that any of the City of Gardena's peace officers engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny each and every of the remaining allegations contained therein.

22. Answering paragraph 22 of plaintiff's First Amended Complaint, (under the heading "Damages"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or

punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

23. Answering paragraph 23 of plaintiff's First Amended Complaint, (under the heading "Damages"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

24. Answering paragraph 24 of plaintiff's First Amended Complaint, (under the heading "Damages"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

25. Answering paragraph 25 of plaintiff's First Amended Complaint,

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP ATTORNEYS AT LAW

(under the heading "Damages"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

26. Answering paragraph 26 of plaintiff's First Amended Complaint, (under the heading "Claims for Relief, First Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [First, Fourth, and Fourteenth Amendment – Individual Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

27. Answering paragraph 27 of plaintiff's First Amended Complaint (under the heading "Claims for Relief, First Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [First, Fourth, and Fourteenth Amendment – Individual Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to

Manning & Kass Ellrod, Ramirez, Trester LLP Attorneys at Law

plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

28. Answering paragraph 28 of plaintiff's First Amended Complaint (under the heading "Claims for Relief, First Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [First, Fourth, and Fourteenth Amendment – Individual Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

29. Answering paragraph 29 of plaintiff's First Amended Complaint (under the heading "Claims for Relief, First Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [First, Fourth, and Fourteenth Amendment – Individual Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

30. Answering paragraph 30 of plaintiff's First Amended Complaint (under the heading "Claims for Relief, First Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [First, Fourth, and Fourteenth Amendment – Individual Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

31. Answering paragraph 31 of plaintiff's First Amended Complaint (under the heading "Claims for Relief, First Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [First, Fourth, and Fourteenth Amendment – Individual Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

32. Answering paragraph 32 of plaintiff's First Amended Complaint (under the heading "Second Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [Entity Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

33. Answering paragraph 33 (and all applicable subparts thereof) of plaintiff's First Amended Complaint (under the heading "Second Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [Entity Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that any of the policies maintained by the Gardena Police Department were/are unconstitutional. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

34. Answering paragraph 34 of plaintiff's First Amended Complaint (under the heading "Second Claim for Relief, Deprivation of Civil Rights – 42 U.S.C. § 1983 [Entity Liability]"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

35. Answering paragraph 35 of plaintiff's First Amended Complaint (under the heading "Third Claim for Relief, Deprivation of Civil Rights – California Civil Code §§ 51.7, 52 and 52.1"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

36. Answering paragraph 36 of plaintiff's First Amended Complaint (under the heading "Third Claim for Relief, Deprivation of Civil Rights – California Civil

MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP ATTORNEYS AT LAW

Code §§ 51.7, 52 and 52.1"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

37. Answering paragraph 37 of plaintiff's First Amended Complaint (under the heading "Fourth Claim for Relief, Assault and Battery"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

38. Answering paragraph 38 of plaintiff's First Amended Complaint (under the heading "Fourth Claim for Relief, Assault and Battery"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

39. Answering paragraph 39 of plaintiff's First Amended Complaint (under the heading "Fifth Claim for Relief, False Arrest"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

40. Answering paragraph 40 of plaintiff's First Amended Complaint (under the heading "Fifth Claim for Relief, False Arrest"), defendants deny that defendants were engaged in any unlawful acts or omissions or misconduct involving plaintiff and defendants deny all liability to plaintiff. Defendants deny that their actions or the actions were willful, wanton, and/or malicious with reckless disregard to the constitutional rights and safety of plaintiff. Defendants deny that plaintiff is entitled to general and/or punitive damages. As to the remaining allegations in this paragraph, at present, defendants do not have sufficient knowledge, or information or belief, to enable defendants to answer the remaining allegations contained within such paragraph, as stated, and on those grounds deny generally and specifically each and every of the remaining allegations contained therein.

41. Answering plaintiff's Prayer for Relief, defendants deny all liability to plaintiff, including but not limited to all liability for any damages (general, special,

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

exemplary, or otherwise), penalties, fees, or costs of any kind, or for any relief of any kind from the defendants to the plaintiff.

42. To the extent plaintiff asserts any other claims or contentions not specifically addressed herein above, defendants generally and specifically deny each and every of the remaining allegations and/or claims.

**AFFIRMATIVE DEFENSES**

43. As separate and affirmative defenses, defendants alleges as follows:

**FIRST AFFIRMATIVE DEFENSE**

44. Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted. Plaintiff's First Amended Complaint also fails to state a claim against any defendant in this action. Plaintiff has failed to allege in this First Amended Complaint sufficient facts to state a claim for compensatory or punitive damages for any action taken by any Defendant(s) in his individual or official capacity.

**SECOND AFFIRMATIVE DEFENSE**

45. Plaintiff's action is time-barred by the operative statute(s) of limitations. Plaintiff's First Amended Complaint and each purported cause of action therein is barred by the applicable statute of limitations, including, but not limited to California Code of Civil Procedure §§ 335.1, 337, 337.1, 337.15, 338(a), 338(b), 338(c), 338(d), 339, 340(3) and/or 343. Plaintiff's action is barred by laches and delay on the plaintiff's part to the prejudice of Defendant(s).

**THIRD AFFIRMATIVE DEFENSE**

46. Defendants allege that plaintiff's action is barred by reason of conduct, actions and inactions of plaintiff which amount to and constitute a waiver of any right plaintiff may or might have had in reference to the matters and things alleged in the First Amended Complaint, or that otherwise estop plaintiff from recovery in this action, including but not limited to the doctrine of unclean hands.

Manning & Kass Ellrod, Ramirez, Trester LLP Attorneys at Law

## FOURTH AFFIRMATIVE DEFENSE

47. Plaintiff's claims are barred or limited to the extent plaintiff failed to mitigate plaintiff's injuries or damages, if there were any. Plaintiff has failed to mitigate the damages, if any, which plaintiff has sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiff has failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

## FIFTH AFFIRMATIVE DEFENSE

48. Plaintiff's claims are barred or limited by plaintiff's and/or decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any plaintiff suffered any injury or damages, it was the result of plaintiff's and/or decedent's own negligent or deliberate actions or omissions. Plaintiff's recovery is barred because any injury or damage suffered by plaintiff's decedent and/or to plaintiff was caused solely by reason of the plaintiff's decedent's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties. The conduct set forth in the First Amended Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering defendants on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE

49. Plaintiff's recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.* The answering defendants are informed and believe and thereon allege that if plaintiff sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering defendant. To the extent that plaintiff's damages were so caused, any

Manning & Kass
Ellrod, Ramirez, Trester LLP
Attorneys at Law

recovery by plaintiff as against the answering defendant should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

**SEVENTH AFFIRMATIVE DEFENSE**

50. There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused. Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*. Plaintiff's recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence. A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and 821.2. Based thereon, each of the answering defendants are immune from liability for any injuries claimed by plaintiff, herein. This/these defendant(s) are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiff complains pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

**EIGHTH AFFIRMATIVE DEFENSE**

51. To the extent that the First Amended Complaint attempts to predicate liability upon any public entity defendants or any employees thereof for purported

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

negligence in retention, hiring, employment, training, or supervision of any public employee, such liability is barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v. County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to any plaintiff; by the fact that any such purported act or omission is governed exclusively by statute and is outside the purview of any public employees' authority; and by the failure of any such acts or omissions to be the proximate or legal cause of any injury alleged in the First Amended Complaint. *See de Villers v. County of San Diego*, 156 Cal.App.4th 238, 251-253, 255-256 (2007). These defendants may not be held liable on a *respondeat superior* theory for any negligent or wrongful act or omission on the part of any subordinate. Cal. Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951) 37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630, 645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los Angeles v. Heller*, 475 U.S. 796 (1986).

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW

**<u>NINTH AFFIRMATIVE DEFENSE</u>**

52. Defendants and their agents or officers at all times relevant to this action acted reasonably and prudently under the circumstances. Defendants therefore assert the individual defendants' Qualified Immunity from liability to the fullest extent applicable. Defendant(s) is/are immune from liability under the Federal Civil Rights Act because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate. Defendant(s) is/are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that their acts and conduct were appropriate. Defendant(s) is/are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendant(s) is/are also immune from liability under the doctrine of Qualified Immunity. At all relevant

times, defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

**TENTH AFFIRMATIVE DEFENSE**

53. At the time and place referred to in the First Amended Complaint for Damages, and before such event, plaintiff's decedent knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of right(s), or death.

**JURY DEMAND**

54. Defendants demand a trial by jury as to each issue triable by a jury.

**PRAYER FOR RELIEF**

WHEREFORE, the answering defendants pray for relief as follows:

1. That plaintiff takes nothing by this action;
2. That defendants be awarded attorneys' fees and costs of this suit and costs of proof; and
3. That defendants be awarded such other relief as the Court deems just.

DATED: April 12, 2017

**MANNING & KASS**
**ELLROD. RAMIREZ. TRESTER LLP**

Bv: /s/ Andrea K. Kornblau
Eugene P. Ramirez, Esq.
Andrea K. Kornblau, Esq.
Lynn L. Carpenter, Esq.
Attorneys for Defendants,
CITY OF GARDENA, GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER MICHAEL MEDEIROS, OFFICER BRIAN PARK

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
ATTORNEYS AT LAW