John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 449-8300
Facsimile: (626) 449-8197

Attorneys for Plaintiff Ersell V. Reid

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERSELL V. REID,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF GARDENA, CITY OF GARDENA, GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER MICHAEL MEDEIROS, OFFICER BRIAN PARK, and Does 4 to 10,<br><br>Defendants. | Case No. 16-CV-803 ODW (MRWx)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE DEFENDANTS GARDENA POLICE DEPARTMENT, CHIEF OF POLICE EDWARD MEDRANO, SERGEANT DAMASO BAUTISTA, III, OFFICER BRIAN PARK, AND PLAINTIFF'S SECOND CLAIM FOR RELIEF**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(ii)) |

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this matter may be dismissed in its entirety with prejudice, as to Defendants Gardena Police Department, Chief of Police Edward Medrano, Sergeant Damaso Bautista, III, Officer Brian Park, only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiff also dismisses with prejudice her Second Claim for Relief alleged pursuant to *Monell v. New York Dep't of Soc. Servs.*, 436 U.S. 658 (1978).

All parties waive any right to seek costs and attorneys fees as to this dismissal only.

DATED: April 19, 2017 Respectfully submitted,

THE LAW OFFICES OF JOHN BURTON

By: /s/ John Burton
John Burton
Attorneys for Plaintiff

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By: /s/Eugene P. Ramirez
Eugene P. Ramirez
Attorneys for Defendants